**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT DESIGNATED FOR PUBLICATION

Karen Day White
Louisiana Municipal Assoc.
700 North 10th Street, Ste 440
Baton Rouge LA 70802

**REHEARING ACTION: January 23, 2013**

**Docket Number: 12   00666-CA**

**MICHAEL J. ROMERO, ET AL.**
**VERSUS**
**CITY OF NEW IBERIA**

**Appealed from Iberia Parish Case No. 116329-G**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Shannon J. Gremillion**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **City of New Iberia** has this day been

    **DENIED.**

cc: James W. Schwing, Counsel for the Appellee